RONALD L. RICHMAN (SBN 139189)
SUSAN J. OLSON (SBN 152467)
ARLENA V. CARROZZI (SBN 250116)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415-352-2700
Facsimile: 415-352-2701
e-mail: ron.richman@bullivant.com
 susan.olson@bullivant.com
 arlena,carrozzi@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>       Plaintiff,<br><br>   vs.<br><br>A & B BUILDING MAINTENANCE CO., INC., a California corporation; and ROBERT L. HERNANDEZ, an individual,<br><br>       Defendant. | Case No.: 4:13-CV-00731 DMR<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** AS AMENDED<br>Date: May 29, 2013<br>Time: 1:30 p.m.<br>Ctroom: 4, Oakland<br>        **Hon. Donna M. Ryu** |

Plaintiffs provide this abbreviated case management conference statement.

On February 19, 2013 Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreements, To Recover Unpaid Trust Fund Contributions, And For Breach of Fiduciary Duty ("Complaint").

Shortly after the Complaint was filed the parties met and conferred and Plaintiffs agreed to dismiss individual defendant, Robert L. Hernandez. On March 7, 2013, Plaintiffs filed their Request to Dismiss Hernandez; Without Prejudice. The parties further met and conferred as to defendant A & B Building Maintenance Co., Inc. ("A & B"). On April 9, 2013 defendant A & B, by and through its counsel, agreed to a waiver of service of summons of the Complaint. By its executed waiver of service of summons, A & B explicitly acknowledged that it was required to respond to the Complaint no later than 60 days from February 27, 2013, the date the request was sent. When no responsive pleading was filed by the deadline of April 29, 2013, Plaintiffs' counsel informed A & B's counsel that they would proceed with filing a request for clerk's entry of default if no responsive pleading was provided by May 10. On May 9, 2013, A & B's counsel represented that A & B would not respond to the Complaint. Accordingly, Plaintiffs will proceed via default.

On May 22, 2013, in conjunction with this Case Management Conference Statement, Plaintiffs filed their Request for Entry of Clerk's Default. Once default is granted, Plaintiffs will proceed with a motion for default judgment. Plaintiffs will file a motion for default judgment within sixty (60) days. Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for approximately sixty days.

DATED: May 22, 2013

BULLIVANT HOUSER BAILEY PC

By /s/ Ronald L. Richman
Ronald L. Richman
Susan J. Olson
Arlena V. Carrozzi

Attorneys for Plaintiffs

– 2 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co.* [U.S.D.C. (N.D. Cal.) No. 4:13-CV-00731 DMR]

## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing: IT IS HEREBY ORDERED that the May 29, 2013 case management conference be continued to __July 31__, 2013 at 1:30 p.m., Courtroom 4, Oakland. If the motion for default judgment is filed prior to the rescheduled case management conference, the case management conference will be vacated. The Case Management Statement is due no later than July 24, 2013.

DATED: May 24, 2013

By _____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14158420.1

*****