```
 1  RONALD L. RICHMAN (SBN 139189)
    SUSAN J. OLSON (SBN 152467)
 2  ARLENA V. CARROZZI (SBN 250116)
    BULLIVANT HOUSER BAILEY PC
 3  601 California Street, Suite 1800
    San Francisco, California  94108
 4  Telephone:    415-352-2700
    Facsimile:    415-352-2701
 5  e-mail:       ron.richman@bullivant.com
                  susan.olson@bullivant.com
 6                arlena.carrozzi@bullivant.com

 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiff,<br><br>  vs.<br><br>A & B BUILDING MAINTENANCE CO., INC., a California corporation; and ROBERT L. HERNANDEZ, an individual,<br><br>        Defendant. | Case No.: 4:13-CV-00731 DMR<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON** (AS MODIFIED)<br>Date:    July 31, 2013<br>Time:   1:30 p.m.<br>Ctroom: 4, Oakland<br>          Hon. Donna M. Ryu |

Plaintiffs provide this abbreviated case management conference statement.

On February 19, 2013, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreements, To Recover Unpaid Trust Fund Contributions, And For Breach of Fiduciary Duty ("Complaint").

– 1 –

1    Shortly after the Complaint was filed the parties met and conferred and Plaintiffs agreed
2 to dismiss individual defendant, Robert L. Hernandez. On March 7, 2013, Plaintiffs filed their
3 Request to Dismiss Hernandez; Without Prejudice. The parties further met and conferred as to
4 defendant A & B Building Maintenance Co., Inc. ("A & B"). On April 9, 2013, defendant
5 A & B, by and through its counsel, agreed to a waiver of service of summons of the Complaint.
6 By its executed waiver of service of summons, A & B explicitly acknowledged that it was
7 required to respond to the Complaint no later than 60 days from February 27, 2013, the date the
8 request was sent. When no responsive pleading was filed by the deadline of April 29, 2013,
9 Plaintiffs' counsel informed A & B's counsel that they would proceed with filing a request for
10 clerk's entry of default if no responsive pleading was provided by May 10. On May 9, 2013,
11 A & B's counsel represented that A & B would not respond to the Complaint. Accordingly,
12 Plaintiffs will proceed via default.

13    On May 22, 2013, in conjunction with this Case Management Conference Statement,
14 Plaintiffs filed their Request for Entry of Clerk's Default. On May 23, the Clerk of Court
15 entered the default of A & B Building Maintenance Co., Inc.

16    Plaintiffs are in the process of completing their motion for default judgment. It was
17 anticipated the motion would be filed this week, but the Accounts Receivable Manager for the
18 Plaintiffs is out of the office this week, returning next week (the week of July 29). The motion
19 for default judgment is essentially completed. It is anticipated that the motion will be on file on
20 or before August 5, 2013.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Based on the above, Plaintiffs respectfully request that this Court continue the Case Management Conference for approximately thirty days.

DATED: July 22, 2013

                        BULLIVANT HOUSER BAILEY PC

                        By _/s/ Ronald L. Richman_
                           Ronald L. Richman
                           Susan J. Olson
                           Arlena V. Carrozzi

                        Attorneys for Plaintiffs

1 <u>**ORDER**</u>  (AS MODIFIED)

2    Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

4    IT IS HEREBY ORDERED that the July 31, 2013, case management conference be continued to  AUGUST 28 , 2013 at 1:30 p.m., Courtroom 4, Oakland.  If the motion for default judgment is filed prior to the rescheduled case management conference, the case management conference will be vacated.  The case management conference statement is due no later than  AUGUST 21 , 2013.  Plaintiffs shall serve the Defendant with a copy of this Order and file a proof of service with the Court.

DATED: July 23, 2013

By *[signature]*
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

14225789.1

\*\*\*\*\*

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On July 22, 2013, I served the document(s) entitled:

**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**

upon the following party(ies):

| | |
|---|---|
| Roger M. Mason, Esq.<br>Sweeney, Mason, Wilson & Bosomworth<br>983 University Ave., Suite 104C<br>Los Gatos, CA 95032 | *Attorneys for Defendant A&B Building Maintenance Co., Inc.* |

☒ BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 22, 2013, San Francisco, California.

_____
Kristina M. Clark

\*\*\*\*\*

CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON  (AS MODIFIED)
*Board of Trustees, etc., et al. v. A&B Building Maintenance Co.* [U.S.D.C. (N.D. Cal.) No. 4:13-CV-00731 DMR]