IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR FOR NORTHERN CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>A AND B BUILDING MAINTENANCE CO INC,<br><br>Defendant. | No. C 13-00731 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court is in receipt of the report and recommendation on plaintiff's motion for default judgment in this action by Magistrate Judge Ryu. No objections to this report and recommendation were filed. After reviewing the report and recommendation, this order **ACCEPTS AND ADOPTS** the findings therein. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: October 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE