IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS
HEALTH AND WELFARE TRUST FUND FOR
FOR NORTHERN CALIFORNIA, *et al*.

Plaintiffs,

v.

A AND B BUILDING MAINTENANCE CO
INC,

Defendant.

No. C 13-00731 WHA

**JUDGMENT**

For the reasons stated in the accompanying order adopting Magistrate Judge Ryu's report and recommendation, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE